IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL REED DORROUGH | 1:08-cv-01366-GSA (PC) |
| Plaintiff, | ORDER TO SUBMIT NEW |
| vs. | APPLICATION TO PROCEED |
| | IN FORMA PAUPERIS **OR** PAY FILING |
| M. RUFF, et al., | FEE WITHIN THIRTY DAYS |
| Defendants. | |
| _____/ | |

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis was submitted on the wrong form.

    Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis, **or** to pay the $350.00 filing fee.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk's Office shall send plaintiff the form for application to proceed in forma pauperis.

///

2. Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, to pay the $350.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:**   **November 20, 2008**                    /s/ **Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE