1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   MICHAEL REED DORROUGH,                    CASE NO. 1:08-cv-01366-GSA PC

10                      Plaintiff,             ORDER AUTHORIZING SERVICE OF
                                              SECOND AMENDED COMPLAINT, AND
11      v.                                    FORWARDING SERVICE DOCUMENTS
                                              TO PLAINTIFF FOR COMPLETION AND
12   M. RUFF, et al.,                         RETURN WITHIN THIRTY DAYS

13                      Defendants.           (Doc. 13)
                                        /
14

15        Plaintiff Michael Reed Dorrough, a state prisoner proceeding pro se and in forma pauperis,

16   filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 12, 2008.  The Court has

17   screened Plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A and Federal Rule of

18   Civil Procedure 8(a), and finds that it states a claim against Defendants Ruff, Fischer, Rosenkrans,

19   and Turmezei for violation of the Due Process Clause of the Fourteenth Amendment arising from

20   Plaintiff's gang validation without the existence of "some evidence" with an indicia of reliability

21   supporting the decision.  Bruce v. Ylst, 351 F.3d 1283, 1287 (9th Cir. 2003); Cato v. Rushen, 824

22   F.2d 703, 705 (9th Cir. 1987).  Accordingly, it is HEREBY ORDERED that:

23        1.      Service shall be initiated on the following defendants:

24                             **M. RUFF**

25                             **EVERETT W. FISCHER**

26                             **T. L. ROSENKRANS**

27                             **T. TURMEZEI**

28   ///

1

2.    The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed August 21, 2009.

3.    Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

a.    One completed summons for each defendant;

b.    One completed USM-285 form for each defendant; and

c.    Five (5) copies of the endorsed second amended complaint filed August 21, 2009.

4.    Plaintiff need not attempt service on the defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.    The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:    **February 16, 2010**                          **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

2