# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL REED DORROUGH,<br><br>             Plaintiff,<br><br>   v.<br><br>M. RUFF, et al.,<br><br>            Defendants.<br>                              / | CASE NO: 1:08-cv-01366-LJO-GBC (PC)<br><br>ORDER FINDING THAT PLAINTIFF IS ENTITLED TO PROCEED IN FORMA PAUPERIS ON APPEAL FILED NOVEMBER 30, 2011 (Docs. 41, 42)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COPY OF ORDER ON NINTH CIRCUIT |

**I.     Procedural Background**

Plaintiff Michael Reed Dorrough is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 9, 2011, the District Court granted Defendants' motion for reconsideration and dismissed Plaintiff's action for failure to state a claim. Doc. 39. On November 30, 2011, Plaintiff filed a notice of appeal and on December 5, 2011, the Ninth Circuit remanded for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. Doc. 41; Doc. 44.

Pursuant to the Federal Rules of Appellate Procedure,

> A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless: (A) the district court - before or after the notice of appeal is filed - certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding;
> or

1

1     (B) a statute provides otherwise.

2 Fed. R. App. P. 24(a)(3).

3     The district clerk must immediately notify the parties and the court of appeals when the district court does any of the following:
(A) denies a motion to proceed on appeal in forma pauperis;
(B) certifies that the appeal is not taken in good faith; or
(C) finds that the party is not otherwise entitled to proceed in forma pauperis.

6 Fed. R. App. P. 24(a)(4).

7     Because Plaintiff is proceeding in forma pauperis in this action, Plaintiff is entitled to proceed in forma pauperis on appeal unless the Court finds his appeal is not taken in good faith or finds that he is not otherwise entitled to proceed in forma pauperis. As set forth below, by this order the Court is making a finding that Plaintiff is entitled to proceed in forma pauperis on appeal.

As Plaintiff's appeal concerns a granting of a motion for reconsideration which resulted in the dismissal of his due process gang based on a finding that there was sufficient evidence to sustain Plaintiff's gang validation, Plaintiff's appeal is not frivolous and is taken in good faith. Based on the foregoing, it is HEREBY ORDERED that:

Plaintiff's appeal is taken in good faith. 28 U.S.C. § 1915(a). The Clerk's Office shall serve a copy of this order on the Ninth Circuit.

IT IS SO ORDERED.

**Dated:   December 15, 2011**              /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE